UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE WESTON, | No. 2:15-cv-1816 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CHRISTINE CRUZ, et al., | |
| Defendants. | |

Plaintiff, a Sacramento County Jail prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a request for leave to proceed in forma pauperis. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of her application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is denied without prejudice.

/////

/////

1

   2.  Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis on the form provided by the Clerk of Court.

   3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

   4.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  September 1, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
west1816.3

2