UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE WESTON, | No. 2:15-cv-1816 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CHRISTINE CRUZ, et al., | |
| Defendants. | |

Plaintiff has filed a complaint which is essentially duplicative of the complaint she filed on January 28, 2015 in 2:15-cv-0239 CKD P.[1]  That complaint was dismissed with leave to amend.  Good cause appearing, this matter will be closed.  If plaintiff wishes to amend the operative complaint in 2:15-cv-0239 CKD P, she should file a motion seeking leave to do so in that action.

/////

/////

/////

/////

---

[1] Cherelle Howze is identified as an additional plaintiff in both actions.  However she has not signed the complaint filed in this action so the complaint is not properly filed as to her.  See Fed. R. Civ. P. 11(a).

1

In accordance with the above, IT IS HEREBY ORDERED that this matter is dismissed as duplicative.[2]

Dated:  November 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] west1816.dis

[2] Plaintiff has consented to have all matters in this action heard by a United States Magistrate Judge. See 28 U.S.C. § 636(c).